# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
DEC 1 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America )<br>vs. )<br>Michael Anthony Soto ) | Case No. 1:08-CR-00280-4 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Michael Anthony Soto__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

You shall seek and/or maintain employment, or an educational program, or combination of both, and provide proof thereof to the Pretrial Services Officer upon request;

All previous conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 12/5/08          _____ 12/5/2008
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   12/9/08
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   12/05/08
Signature of Defense Counsel                Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   12/11/08

☐ The above modification of conditions of release is *not* ordered.

_____                   12/11/08
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services