```
1  JOHN F. GARLAND  #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone: (559) 497-6132
4
   Attorney for Defendant
5  MICHAEL ANTHONY SOTO

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )   Case No.  1: 08-CR-00280 OWW
                                  )
11     Plaintiff,                 )   APPLICATION FOR ORDER EXONERATING
                                  )   CASH BOND AND ORDER THEREON
12     v.                         )
                                  )
13 MICHAEL ANTHONY SOTO,          )
                                  )
14     Defendant.                 )   HONORABLE OLIVER W. WANGER
   _____)
15
```

Defendant, MICHAEL ANTHONY SOTO, by and through his counsel, John F. Garland, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

On August 11, 2008 defendant MICHAEL ANTHONY SOTO was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On August 14, 2008 United States Magistrate Judge Sandra M. Snyder ordered the release of Mr. Soto, setting conditions of pretrial supervision, and a $19,000.00 cash bond. MICHAEL ANTHONY SOTO was released from custody on August 15, 2008 following the deposit of $19,000.00 cash with the Clerk of the Court by four family members [Receipt Nos. CAE100004176, CAE100004178, CAE10004179, and CAE100004180].

On August 17, 2009 MICHAEL ANTHONY SOTO appeared before this Court and entered a plea of guilty to Count 1 of a Superseding Information. On October 26, 2009 this Court sentenced MICHAEL ANTHONY SOTO to a term of 48 months imprisonment and ordered him

1  to surrender to the federal institution designated by the United States Bureau of Prisons on or
2  before 2:00 p.m. on January 7, 2010.
3      On January 7, 2010 MICHAEL ANTHONY SOTO surrendered to Lompoc USP at
4  Lompoc, California to begin service of the 48 month sentence imposed by this Court. MICHAEL
5  ANTHONY SOTO, having surrendered to the designated federal institution as ordered, hereby
6  requests the Court exonerate the cash bond set by the Magistrate Judge and order the Clerk of the
7  Court to return the $19,000 cash deposits to following persons in the amounts stated.

| | | |
|---|---|---|
| **AGUSTIN VILLA GARCIA** | $ 5,000.00 | [Receipt No. CAE100004176; 08/15/2008] |
| **VERONICA VILLA** | $ 4,000.00 | [Receipt No. CAE100004178; 08/15/2008] |
| **NORMA CARRILLO** | $ 5,000.00 | [Receipt No. CAE100004179; 08/15/2008] |
| **ANDRES GARZA** | $ 5,000.00 | [Receipt No. CAE100004180; 08/15/2008] |

Assistant United States Attorney Kathleen A. Servatius does not oppose this application

Dated: January 11, 2010                         Respectfully submitted,

                                           /s/ John F. Garland
                                           John F. Garland
                                           Attorney for defendant
                                           MICHAEL ANTHONY SOTO

## ORDER

IT IS HEREBY ORDERED that the $19,000.00 cash bond deposited for the release of defendant MICHAEL ANTHONY SOTO in the above entitled action is exonerated and the Clerk of the Court is directed to return the cash to the following persons in the amounts stated.

| | | |
|---|---|---|
| **AGUSTIN VILLA GARCIA** | $ 5,000.00 | [Receipt No. CAE100004176; 08/15/2008] |
| **VERONICA VILLA** | $ 4,000.00 | [Receipt No. CAE100004178; 08/15/2008] |
| **NORMA CARRILLO** | $ 5,000.00 | [Receipt No. CAE100004179; 08/15/2008] |
| **ANDRES GARZA** | $ 5,000.00 | [Receipt No. CAE100004180; 08/15/2008] |

IT IS SO ORDERED.

**Dated:   January 11, 2010**                         /s/ Oliver W. Wanger
                                                                  UNITED STATES DISTRICT JUDGE